AUTOGRAPHIC REGISTER COMPANY, APPELLANT, v. ALFRED LIRIO, RESPONDENT.

Argued October 20, 1928—Decided February 4, 1929.

For the appellant, *Edwin F. Miller.*

For the respondent, *Charles P. Brewer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, LLOYD, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.